Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Matthew S. Tripolitsiotis (*pro hac vice*)
BURNS CHAREST LLP
757 Third Ave, 20th Floor
New York, NY 10017
Tel:  469.895.5269
mtripolitsiotis@burnscharest.com

Spencer Cox (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20016
Tel.: 202.577.3977
Fax: 469.444.5002
scox@burnscharest.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREW PANDOLFI and MANDI SHAWCROFT, individually and on behalf of all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>AVIAGAMES, INC.; VICKIE YANJUAN CHEN; PING WANG; ACME, LLC; GALAXY DIGITAL CAPITAL MANAGEMENT, L.P.; and OTHER UNNAMED CO-CONSPIRATORS;<br><br>*Defendants*. | Case No. 3:23-cv-05971-EMC<br><br>**NOTICE OF APPEARANCE OF RAFEY S. BALABANIAN AS COUNSEL OF RECORD FOR PLAINTIFFS ANDREW PANDOLFI AND MANDI SHAWCROFT**<br><br>Hon. Edward M. Chen |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that Rafey S. Balabanian, California State Bar Number 315962, hereby appears as additional counsel for Plaintiffs Andrew Pandolfi and Mandi Shawcroft ("Plaintiffs"). In addition to Plaintiffs' other counsel of record in this action, please direct copies of all pleadings, notices, orders, and other papers filed in this action to Mr. Balabanian at the following address:

> Rafey S. Balabanian
> rbalabanian@edelson.com
> EDELSON PC
> 150 California Street, 18th Floor
> San Francisco, California 94111
> Tel: 415.212.9300
> Fax: 415.373.9435

              Respectfully submitted,

Dated: December 20, 2023      By: /s/ Rafey S. Balabanian

              Rafey S. Balabanian (SBN 315962)
              rbalabanian@edelson.com
              Todd Logan (SBN 305912)
              tlogan@edelson.com
              EDELSON PC
              150 California Street, 18th Floor
              San Francisco, California 94111
              Tel: 415.212.9300
              Fax: 415.373.9435

              Matthew S. Tripolitsiotis (*pro hac vice*)
              BURNS CHAREST LLP
              757 Third Ave, 20th Floor
              New York, NY 10017
              Tel:  469.895.5269
              mtripolitsiotis@burnscharest.com

              Amanda K. Klevorn (*pro hac vice*)
              BURNS CHAREST LLP
              365 Canal Street, Suite 1170
              New Orleans, LA 70130
              Tel: 504.799.2847
              aklevorn@burnscharest.com

              Spencer Cox (*pro hac vice*)

BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: 202.577.3977
scox@burnscharest.com

*Attorneys for Plaintiffs and the Proposed Class*