IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PANDOLFI and MANDI SHAWCROFT, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br>v.<br><br>AVIAGAMES, INC., VICKIE YANJUAN CHEN, PING WANG, ACME, LLC, GALAXY DIGITAL, L.P., and OTHER UNNAMED CO-CONSPIRATORS,<br><br>     *Defendants*. | Civil Action No. 5:23-CV-05971 NC |

## RETURN OF SERVICE

Came to my hand on **Thursday, December 14, 2023 at 10:25 AM**,
Executed at: **28 E. 3RD AVENUE, SUITE 200, SAN MATEO, CA 94401**
at **11:07 AM**, on **Tuesday, December 19, 2023**,
by individually and personally delivering to the within named:

### PING WANG

a true copy of this

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT & DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT and JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

BEFORE ME, the undersigned authority, on this day personally appeared **ANANDA BOUGANIM** who after being duly sworn on oath states: "My name is **ANANDA BOUGANIM**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
ANANDA BOUGANIM - Reg. No. 534 San Mateo County

Subscribed and Sworn to by ANANDA BOUGANIM, Before Me, the undersigned authority, on this ____ day of December, 2023.

see attached

_____
Notary Public in and for the State of California

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Mateo

Subscribed and sworn to (or affirmed) before me on this 20th day of December, 20 23, by Ananda Bouganim, registered process server,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



ROBERTA J. ANDERSON
Notary Public - California
San Mateo County
Commission # 2396000
My Comm. Expires Mar 7, 2026

(Seal)        Signature _____