| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | STEVEN K. TAYLOR - # 204668 |
| 2 | staylor@keker.com |
| | AJAY S. KRISHNAN - # 222476 |
| 3 | akrishnan@keker.com |
| | MICHELLE YBARRA - # 260697 |
| 4 | mybarra@keker.com |
| | W. HAMILTON JORDAN - # 295004 |
| 5 | wjordan@keker.com |
| | MAILE YEATS-ROWE - # 321513 |
| 6 | myeatsrowe@keker.com |
| | 633 Battery Street |
| 7 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 8 | Facsimile:      415 397 7188 |

Attorneys for Defendant
AVIAGAMES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW PANDOLFI and MANDI SHAWCROFT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVIAGAMES INC.; VICKIE YANJUAN CHEN; PING WANG; ACME, LLC; GALAXY DIGITAL CAPITAL MANAGEMENT, L.P.; and OTHER UNNAMED CO-CONSPIRATORS,<br><br>Defendants. | Case No. 3:23-cv-05971-EMC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:        Hon. Edward M. Chen<br><br>Date Filed: November 17, 2023<br>Trial Date:  None set |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michelle Ybarra of Keker, Van Nest & Peters LLP, hereby enters an appearance as counsel for Defendant AVIAGAMES INC.

Her address, telephone, fax, and email are listed below as follows:

MICHELLE YBARRA - # 260697
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: mybarra@keker.com

Dated: January 17, 2024            KEKER, VAN NEST & PETERS LLP

                         By:   /s/ Michelle Ybarra
                               STEVEN K. TAYLOR
                               AJAY S. KRISHNAN
                               MICHELLE YBARRA
                               W. HAMILTON JORDAN
                               MAILE YEATS-ROWE

                               Attorneys for Defendant
                               AVIAGAMES INC.