Jason Gottlieb (NY Bar No. 4056008) *(pro hac vice)*
Daniel Isaacs (NY Bar No. 4875902) *(pro hac vice)*
William Roth (NY Bar No. 5492848) *(pro hac vice)*
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Tel: (212) 735-8600; Fax: (212) 735-8708
jgottlieb@morrisoncohen.com
disaacs@morrisoncohen.com
wroth@morrisoncohen.com

Ellen London (SBN 325580)
LONDON & STOUT P.C.
1999 Harrison Street, Suite 2010
Oakland, CA 94612
Tel: (415) 862-8494; Fax: (415) 573-0995
elondon@londonstoutlaw.com

*Attorneys for Galaxy Digital*
*Capital Management L.P.*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PANDOLFI and MANDI SHAWCROFT, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>AVIAGAMES, INC.; VICKIE YANJUAN CHEN; PING WANG; ACME, LLC; GALAXY DIGITAL CAPITAL MANAGEMENT, L.P.; and OTHER UNNAMED CO-CONSPIRATORS;<br><br>Defendants. | Case No. 3:23-cv-05971-EMC<br><br>**UNOPPOSED JOINT MOTION FOR ORDER PERMITTING DEFENDANTS GALAXY DIGITAL CAPITAL MANAGEMENT, L.P. AND ACME, LLC TO APPEAR BY ZOOM OR TELEPHONE AT THE JULY 11, 2024 MOTION HEARING**<br><br>Date: July 11, 2024<br>Time: 1:30 P.M.<br>Dept: Courtroom 5 – 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Date Filed: November 17, 2023<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-11, Rule 2 of the Court's Civil Standing Order, and the Court's Hearing Scheduling Notes effective June 1, 2024, Defendants Galaxy Digital Capital Management, L.P. ("Galaxy") and ACME, LLC ("ACME") respectfully move for the entry of an Order granting leave for counsel for Galaxy and counsel for ACME to appear remotely via Zoom or telephone at the July 11, 2024 hearing in this matter.

On February 5, 2024, defendants AviaGames, Inc., Vickie Yanjuan Chen, and Ping Wang (the "Avia Defendants") filed a Motion to Compel Arbitration. ECF 73. Neither Galaxy nor ACME took any position on the Avia Defendants' Motion to Compel Arbitration.

The Court conducted a hearing on the Avia Defendants' Motion to Compel Arbitration on March 28, 2024 via Zoom, which counsel for Galaxy and counsel for ACME attended. On May 21, 2024, the Court ordered supplemental briefing on Avia's Motion to Compel Arbitration (ECF 113), and thereafter scheduled the upcoming supplemental hearing on that motion for July 11, 2024 (ECF 122).

There is good cause to permit counsel for Galaxy and counsel for ACME to appear remotely at the July 11, 2024 supplemental hearing. Lead counsel for Galaxy is located in New York, New York; and lead counsel for ACME is located in Washington, D.C. Accordingly, to attend the supplemental hearing in person, counsel for Galaxy and counsel for ACME would need to incur significant time and expense to travel to the Courthouse, which could be avoided if they could attend the proceeding remotely.

Additionally, although Galaxy and ACME have taken no position on the Avia Defendants' Motion to Compel Arbitration, and do not expect to substantively participate in the supplemental hearing, Galaxy and ACME intend to observe the proceeding, which may bear on matters relevant to the case more broadly. Additionally, Galaxy and ACME believe it would be beneficial to the parties and the Court that they be available to discuss any matters concerning general case management, discovery, or scheduling, should they arise.[1] Because Galaxy's and ACME's remote attendance should not interfere

---

[1] Plaintiffs filed their operative First Amended Complaint ("FAC") on April 1, 2024. On April 22, 2024, Galaxy and Acme each filed motions, pursuant to Rule 12, to dismiss the FAC with prejudice. ECF 109

with the Court's supplemental hearing on the Avia Defendants' Motion to Compel Arbitration, and considerations of travel time and expense strongly favor having counsel for Galaxy and ACME appear remotely, Galaxy and ACME respectfully request the entry of an Order permitting them to appear via Zoom or telephone at the supplemental hearing on July 11, 2024.

Galaxy and ACME conferred in good faith with counsel for Plaintiffs and the Avia Defendants prior to filing this motion, and no party has any objection to Galaxy's and ACME's instant motion to appear via Zoom or telephone at the July 11, 2024 supplemental hearing.

[*Signatures on following page*]

---

(Galaxy); ECF 107 (Acme).  Galaxy's and Acme's motions to dismiss have been fully briefed.  On May 21, 2024, the Court adjourned the June 24, 2024 hearing date on the defendants' motions to dismiss for a date to be determined following the resolution of the Avia Defendants' Motion to Compel Arbitration.  ECF 73.

Dated: June 27, 2024

/s/ *Jennifer S. Windom*
Jennifer S. Windom (*pro hac vice*)
Ralph C. Mayrell (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: jwindom@kramerlevin.com
Email: rmayrell@kramerlevin.com

Kristopher Kastens (CA SBN 254797)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
Email: kkastens@kramerlevin.com

**KRAMER LEVIN NAFTALIS
 & FRANKEL LLP**

*Counsel for Defendant ACME, LLC*

Respectfully submitted,

/s/ *Jason Gottlieb*
Jason Gottlieb (NY Bar No. 4056008) (*pro hac vice*)
Daniel Isaacs (NY Bar No. 4875902) (*pro hac vice*)
William Roth (NY Bar No. 5492848) (*pro hac vice*)
**MORRISON COHEN LLP**

Ellen London (SBN 325580)
**LONDON & STOUT P.C.**

*Counsel for Defendant Galaxy Digital
Capital Management, L.P.*

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: June 27, 2024                                By: /s/ *Jason Gottlieb*
                                                                Jason Gottlieb