KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
STEVEN K. TAYLOR - # 204668
staylor@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
AVIAGAMES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANDREW PANDOLFI and MANDI SHAWCROFT, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AVIAGAMES INC.,

Defendant.

Case No. 3:23-cv-05971-EMC

**STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR RESPONSES AND REPLIES TO DEFENDANT'S RULE 12 MOTIONS [CIVIL L.R. 7-12]**

Dept: Courtroom 5 – 17th Floor
Judge: Hon. Edward M. Chen

Date Filed: November 17, 2023
Trial Date: None set

The parties, having met and conferred about the briefing and hearing schedule on Defendant's pending Motion to Dismiss the Second Amended Complaint (Dkt. 191) and Motion to Strike (Dkt. 190) (together, "the Motions"), stipulate as follows:

WHEREAS, the noticed hearing date of December 10, 2026, is sufficiently distant to allow for extensions of the briefing timelines in Local Rule 7-3, and

WHEREAS, the parties have conferred about attorney availability and desire to extend Plaintiffs' deadline to file oppositions to the Motions by two weeks, from October 8 to October 22, and to set Defendant's deadline to file reply briefs as November 10;

THEREFORE, THE PARTIES STIPULATE, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

1. That Plaintiffs' Oppositions to the Motions shall be due on October 22; and

2. That Defendant's Replies to the Oppositions shall be due on November 10.

3. Neither Party will use this stipulation as a basis to object to already pending discovery or new discovery that is issued.

//

//

Dated: October 1, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Travis Silva*
ELLIOT R. PETERS
STEVEN K. TAYLOR
TRAVIS SILVA
VICTOR CHIU
W. HAMILTON JORDAN

Attorneys for Defendant
AVIAGAMES INC.

Dated: October 1, 2026

BURNS CHAREST LLP

By: */s/ Matthew S. Tripolitsiotis*
MATTHEW S. TRIPOLITSIOTIS
*(Pro Hac Vice)*

Attorneys for Plaintiffs
ANDREW PANDOLFI and MANDI SHAWCROFT

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: October 1, 2026

*/s/ Travis Silva*
Travis Silva

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ______________________

______________________________
UNITED STATES DISTRICT JUDGE